O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO MARTIN SEPULVEDA, | ) No. EDCV 23-2195-CAS (JPR) |
| Petitioner, | ) **ORDER ACCEPTING MAGISTRATE** |
| v. | ) **JUDGE'S REPORT AND RECOMMENDATION** |
| JAMES HILL, Warden, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the other records on file herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections to the Report and Recommendation.  The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Respondent's motion to dismiss is granted and the First Amended Petition is denied with prejudice.

2. Judgment be entered consistent with this order.

3. The clerk serve this Order on all counsel or parties of record.

DATED: August 27, 2024

_____
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE