JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO MARTIN SEPULVEDA,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>JAMES HILL, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 23-2195-CAS (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that the First Amended Petition is DENIED and this action is dismissed with prejudice.

DATED: August 27, 2024

_____
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE